FILED

01/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0553

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 21-0553

WESLEY W. CHARLO,

      Petitioner,

  v.

T.J. MCDERMOTT, Sheriff,
MISSOULA COUNTY DETENTION CENTER,

      Respondents.

**ORDER**

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondents are granted an extension of time to and including February 10, 2022, within which to prepare, serve, and file its response brief.

**RB**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2022